BAH 2 6 CV 0 0 2 5 8



### DISTRICT COURT FOR BALTIMORE

Bro Stephen Michael EL-Bey Authorized Representative
ALL Rights Reserved
UCC. 1-103, U.C.C. 1007, U.C.C. 308,

    Plaintiffs,

_____ FILED    _____ ENTERED
_____ LOGGED  __om_ RECEIVED

JAN 2 0 2026

AT GREENBELT
CLERK. U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____

             DEPUTY

TOM WALSH, MATTE-EW POLLOM AND
JONATHAN SCHULTZ
AT 2110 BELAIR ROAD FALLSTON
21047 LOCATION, And Baltimore County
PolicePolicyænforcer DEP FREUND #1447
AT NORTE-ERN PRECINCT 45.S MAIN
STREET BELARN 21047 LOCATION

    Defendants.

Bro Stephen Michael EL-Bey
808 Gleneagles Court
Towson, MD 21286
P.O. Box 42234

Self-represented Plaintiff Bro Stephen Michael El-Bey I AM Filing this FRAUD AND

SWENDLE complaint invoking the Court's federal question and diversity jurisdiction. . . My

statement of claim contains the following allegations charges that:

THESE CRIMINALS STOLE MY 2015 VOLKSWAGEN GOLF PRICE AT WHICH
1 PAID FOR ON 10/24/2024 $9864.20 VIN NUNBER
3VW21AU8FM020323 ON THE 3 RD OF FEBRUARY THE MONTH OF
FEBRUARY 2025 WORKING OUT A DEAL TO TRADE IN MY 2015 GOLF
VEHICLE PRICE AT $9864.20 FOR A USED 2022 VOLKDWAGE TIGUAN
VIN NUMBER 3VV2B7AX9NM040462

WHTCH AT THIS TIME WAS ON MY THIRD REQUEST VISIT FOR THE
TAGS AND TITLE, AND THE DEALERSHIPE AT-WHICH TIME THEY THEN STOLE
BACK THE TIQUAN BACK AND SAID THAT 1 WOUND NOT GET MY $9864.20 FIAT
NOR WOULD 1 GET MY 2015 VOLKSWAGEN GOLF BACK. FOR NO REASON SO 1
AM CHARGE THESE 4 CRIMINALS WITH CASE LAWS MCCOWAN 1917 C. 93 170 P.
110 IGNORANCE OF THE LAW DOES NOT EXCUSE MISSCONDUCT AND 1
CHARGE THESE CRIMINALS UNDER TITLE 42 U.S. CODE SECTION 1983 SECTION
1985 AND SECTION 1986 CLEARLING ESTABLISHED MY RIGHT TO SUE TEESE
CRIMINAL FOR DAMAGES FOR LOST REPUTATION AND COMMUNITY
CONSORTIUM AND $30,000.00 EACH IN THEIR PRIVATE CONTACITY AND IN
THEIR CORPERATE CAPACITY BOTH FOR VIOLATING USC TITLE 18 241 AND 242
AND UNDER COLOR OF LAW AND CONSPIRACY AGAINST MY RIGHTS AND
THESE 4 INDIVISUALS HAVE ALSO VIOLATED USC TITLE 18 2071 CONCEAINENT
AND TRESON AND MURDOCK V PENNSYVANIA 319 U.S. 105 AND
SHUTTESWORTHV CITY OF BIRMNGHAM 373 US 262 THESE INDIVISUAL
VIOLATED AMENDMEND IV THEIR OATH OF OFFICES AND ADMENDMEND V
DEPRVED OF LIFE LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW



NOR SHALL PRIVATE PROPERTY BE TAKEN WITH OUT JUST COMPENSATION THESE PEOPLE VIOLATED SECTION 242 OF TITLA PERSON OF A RIGHT OR A E 18 MAKES IT A CRIME FOR A PERSON UNDER COLOR OF ANY LAW TO WILLFULLY DEPRIVE A PERSON OF A RIGHT AND A PRIVILEGE BY THE CONSTITUTION OF THE UNITED STATS

WANT TO BE COMPENSATED"There are two elements in mail fraud: (1) TOM WALSH AND MATTHEW POLLOM
 AND JONATHAN SCHULTZ
AT 2110 BELAIR ROAD FALLSTON
21047 LOCATION, And Baltimore County
PolicePolicyænforcer DEP FREUND #1447 AT NORTE-ERN PRECINCT 45.S
MAIN STREET BELARN 21047 having devised AND intending to devise a scheme to defraud (or to perform specified fraudulent acts CAR JACKING ), and WITH THE use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under ... § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited).

SIGN I Bro Stephen Michael EL-Bey January 12, 2026 SEEK DAMAGES DISPLACEMENT CHARGES THESE GUYS STOLE MY PAID FOR VEHICLE AND BROKE THE CONTRACT THAT THEY SIGN IN ORDER TO UP GRADE ME TO A VOLKSWAGEN TIGUN THEY NEED TO PAY FOR THEIR MESDEEDS THESE VOLKSWAGEN OF FALLSTON AND THE POTROL FORCE STOLE MY TWO VEHICLES WITH OUT COMPENSATION I WANT JUST COMPENSATION FOR THESE YEARS THAT VOLKSWAGEN OF FALLSTON HAS DONE TO ME



Bro Stephen Michael EL-Bey
808 Gleneagles Court
Towson, MD 21286
P.O. Box 42234